AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

United States Fire Insurance Company

*Plaintiff(s)*

v.

J.C. Lewis Construction LLC, JBAE Holdings, LLC, E & A Design Build, LLC, Jerry C. Lewis, and Brandy Lewis

*Defendant(s)*

Civil Action No. 9:24-cv-112

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J.C. Lewis Construction LLC
registered agent United States Corporation Agents, Inc.
10601 Clarence Dr.
Suite 250
Frisco, Texas 75033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan D. Dry
Michael Perez
Dry Law PLLC
909 18th Street
Plano, Texas 75074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 6/21/2024

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY § <br> § <br> V. § <br> § <br> J.C. LEWIS CONSTRUCTION LLC, § <br> JBAE HOLDINGS, LLC, E & A DESIGN § <br> BUILD LLC, JERRY C. LEWIS AND § <br> BRANDY LEWIS § | CIVIL ACTION NO. 9:24-CV-112 |

## AFFIDAVIT OF SERVICE

Received on: June 21, 2024, at 2:14 o'clock P.M.

☒ Summons in a Civil Action, Plaintiff's Original Complaint, Civil Cover Sheet

Executed on: June 24, 2024, at 10:50 o'clock A.M.

Executed at: 10601 Clarence Dr., Suite 250, Frisco, TX 75033 within the county of Collin by delivering to the within named, J.C. LEWIS CONSTRUCTION LLC BY DELIVERING TO ITS REGISTERED AGENT UNITED STATES CORPORATION AGENTS, INC. BY DELIVERING TO MARQUITA R., AUTHORIZED AGENT, in person, a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of (18) eighteen years, not a party to this case, nor am I related to, employed by, or otherwise connected to any party or any party's attorney in this case; and I have no interest in the outcome of the above numbered suit I attest the foregoing instrument has been executed by me in this case pursuant to the Texas Rules of Civil Procedure, and that I am personally acquainted with the facts stated herein and declare under penalty of perjury the foregoing is true and correct.

Sworn to this 24th day of June 2024.

_____
Stephen M. Troutz, PSC2444, exp. 12/31/24

### VERIFICATION

STATE OF TEXAS
COUNTY OF DENTON

Before me, a notary public, on this day personally appeared the above-named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal on this the 24th day of June 2024.

_____
Notary Public

CATHY TROUTZ
Notary Public, State of Texas
Comm. Expires 01-09-2027
Notary ID 125961538