IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES FIRE INSURANCE COMPANY** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| VS. | ) ) | **CIVIL ACTION NO. 9:24-CV-00112** |
| **J.C. LEWIS CONSTRUCTION LLC, JBAE HOLDINGS, LLC, E & A DESIGN BUILD LLC, JERRY C. LEWIS AND BRANDY LEWIS** | ) ) ) ) ) ) | **JUDGE MICHAEL J. TRUNCALE** |
| **Defendants.** | ) | |

## STATUS REPORT

TO THE HONORABLE JUDGE TRUNCALE:

Plaintiff, UNITED STATES FIRE INSURANCE COMPANY ("US Fire"), by and through its undersigned counsel, files this Status Report in response to this Court's Order Regarding Status [Dkt. 32] to advise the Court of the status of U.S. Fire's efforts to obtain a Comfort Order in the bankruptcy proceedings filed by Jerry C. Lewis and Brandy L. Lewis (hereinafter, the "Debtors").

On July 11, 2025, U.S. Fire filed its *Motion for Relief from the Automatic Stay Against J.C. Lewis Construction, LLC* [Case No. 25-90033-JS-7, Dkt. 38]. While U.S. Fire has been informed by the Debtors and the U.S. Trustee that such relief is unopposed, U.S. Fire provided the required fourteen (14)-day negative notice for objections to the relief sought. As such, U.S. Fire currently awaits an Order authorizing it to obtain final judgment against J.C. Lewis Construction LLC; JBAE Holdings, LLC; and E & A Design Build, LLC in this action.

Upon receipt of the Order from the Bankruptcy Court, the undersigned will provide notice of the same to this Honorable Court, thereby authorizing the entry of the Final Default Judgment

as to J.C. Lewis Construction LLC; JBAE Holdings, LLC; and E & A Design Build, LLC.

WHEREFORE, United States Fire Insurance Company hereby requests a continued stay of this proceeding for twenty-one (21) days while it awaits entry of the Comfort Order discussed herein, and that the Court grant other relief as justice requires

Respectfully submitted,

/s/ Steven K. Cannon
Ryan D. Dry
State Bar No. 24050532
Steven K. Cannon
Texas Bar No. 24086997
**DRY LAW, PLLC**
909 18th Street
Plano, TX 75074
(972) 797-9510 Tele/Fax
rdry@drylaw.com
scannon@drylaw.com

***ATTORNEYS FOR UNITED STATES FIRE INSURANCE COMPANY***

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 11th day of July, 2025. In accordance with Rule 5 of the Federal Rules of Civil Procedure, no service is being made on parties in default for failure to appear.

/s/ Steven K. Cannon
Steven K. Cannon