IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>J.C. LEWIS CONSTRUCTION LLC, JBAE HOLDINGS, LLC, E & A DESIGN BUILD, LLC,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § CIVIL ACTION NO.  9:24-CV-00112-MJT<br><br><br><br>JUDGE MICHAEL TRUNCALE |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Now before the Court is Plaintiff United States Fire Insurance Company's *Motion for Default Judgment* [Dkt. 15]. On December 10, 2024, the Court referred this motion to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and disposition. [Dkt. 16]. On January 22, 2025, Judge Hawthorn issued a Report and Recommendation, which recommended granting the motion. [Dkt. 17].

On February 7, 2025, Defendants Jerry C. Lewis and Brandy Lewis filed a Voluntary Petition for relief under the Federal Rules of Bankruptcy in the Eastern District of Texas. [Dkt. 25]. The filing effectively prohibited any action to attempt to collect a debt against the Defendants individually as well as any action to exercise control over property which the Defendants had an interest in. [Dkt. 25]. On February 28, 2025, the Court voluntarily dismissed the claims against only Defendants Jerry C. Lewis and Brandy Lewis without prejudice. [Dkt. 28]. As to the remaining Defendants, the Court scheduled a further status conference for July 11, 2025, while

U.S. Fire sought a Comfort Order from the Bankruptcy Court concerning Defendant J.C. Lewis Construction, LLC.  [Dkt. 31, 32].  On August 1, 2025, the Bankruptcy Court for the Eastern District of Texas entered an order granting United States Fire Insurance Company relief from automatic stay, thereby authorizing this Court to proceed with entry of final judgment against J.C. Lewis Construction, LLC, JBAE Holdings, LLC, and E&A Design Build, LLC.  [Dkt. 35].

The Court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence.  The Court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, ORDERED that the Report and Recommendation of the United States Magistrate Judge [Dkt. 17] is ADOPTED.  Accordingly, a Default Judgment will be entered separately.

**SIGNED this 22nd day of September, 2025.**

Michael J. Truncale
United States District Judge