IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>J.C. LEWIS CONSTRUCTION LLC, JBAE HOLDINGS, LLC, E & A DESIGN BUILD, LLC,<br><br>*Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 9:24-CV-00112-MJT<br><br><br><br>JUDGE MICHAEL TRUNCALE |

### DEFAULT JUDGMENT

Having granted Plaintiff United States Fire Insurance Company's *Motion for Default Judgment* [Dkt. 15], judgment is entered against J.C. Lewis Construction, LLC, JBAE Holdings, LLC, and E&A Design Build, LLC, in the amount of $1,512,186.53.  All remaining motions are denied as moot, and the Clerk of Court is directed to close this case.

THIS IS A FINAL JUDGMENT.

**SIGNED this 25th day of September, 2025.**

Michael J. Truncale
United States District Judge