IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | § § § § § § § § § § § § | |
| | | CIVIL ACTION NO. 9:24-CV-00112-MJT |
| *Plaintiff*, | | |
| v. | | |
| | | JUDGE MICHAEL TRUNCALE |
| J.C. LEWIS CONSTRUCTION LLC, JBAE HOLDINGS, LLC, E & A DESIGN BUILD, LLC, | | |
| *Defendants*. | | |

## DEFAULT JUDGMENT

Having granted Plaintiff United States Fire Insurance Company's *Motion for Default Judgment* [Dkt. 15], judgment is entered against J.C. Lewis Construction, LLC, JBAE Holdings, LLC, and E&A Design Build, LLC, in the amount of $1,512,186.53. All remaining motions are denied as moot, and the Clerk of Court is directed to close this case.

THIS IS A FINAL JUDGMENT.

**SIGNED this 25th day of September, 2025.**

Michael J. Truncale
United States District Judge