# United States District Court for the Eastern District of Texas

## ABSTRACT OF JUDGMENT

I CERTIFY that the information provided below is a correct Abstract of the Judgment entered in this District or registered in this District pursuant to 28 U.S.C. § 1963.

| 1. Name(s) of Party(ies) Judgment is AGAINST (if known, also note 4-digit year of birth and last 4 driver's license digits and State): | 2. Name(s) of Party(ies) Judgment is FOR: |
|---|---|
| J.C. Lewis Construction, LLC<br>JBAE Holdings, LLC<br>E&A Design Build, LLC | United States Fire Insurance Company |
|  | **3. TXED Case #:** 9:24-CV-00112-MJT |

| 4. Judgment Total (specified as to principle, costs taxed, fees awarded, rate(s) of interest and applicable date(s): | 5. Date of Judgment Entry (if foreign judgment, date in origin court; date of entry may be later than Filed date): |
|---|---|
| $1,512,186.53 | 2025-09-25 |
|  | **6. Credits:** |

Signed this  2nd  day of  October , 2025 .

DAVID A. O'TOOLE, Clerk of Court

Deputy clerk signature: _L. Williams_

